Tanja J. CHRISTIAN, Plaintiff—Appellant,

v.

SO & KIM, INCORPORATED, d/b/a Chesapeake Bay Seafood House, Defendant—Appellee,

and

HUI YOUNG SO, in his individual capacity; Melody Coe, in her individual capacity, Defendants.

No. 04–1064.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 3, 2004.

Owaiian M. Jones, Corey L. Poindexter, Law Offices of Owaiian M. Jones, Fredericksburg, Virginia, for Appellant.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tanja J. Christian appeals the magistrate judge's order * dismissing her employment discrimination complaint, filed on June 26, 2004, as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *See Christian v. So & Kim, Inc.*, No. CA–03–505–3 (E.D.Va. Nov. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).